**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MIGUEL GUTIERREZ VALADEZ,

    Defendant.

No. CR 08-00919 WHA

**ORDER GRANTING DEFENDANT'S LETTER REQUEST**

    Last week, the undersigned judge received defendant Miguel Gutierrez Valadez's letter request to send him "a financial affidavit form so [he] can send it along with a letter . . . asking the Court to appoint [him] proper counsel in this matter" (Dkt. No. 129).

    To the extent stated now, Mr. Valadez's request is **GRANTED**. The Clerk will please mail Mr. Valadez the financial paperwork he needs to apply for CJA representation. Please mail this paperwork to Mr. Valadez by **AUGUST 25, 2014**.

**IT IS SO ORDERED.**

Dated: August 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE