IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CR 08-00919 WHA |
|   v. | |
| MIGUEL GUTIERREZ VALADEZ, | **ORDER RE LETTER REQUEST FOR COUNSEL** |
|     Defendant. | |

*Pro se* defendant Miguel Gutierrez Valadez has sent a letter request for counsel, as well as a copy of his financial affidavit to request CJA counsel. In his letter, defendant states that he seeks counsel "to determine whether [he is] or will be eligible for relief" under an upcoming amendment to the U.S. Sentencing Commission Guidelines. Reportedly, the amendment will be effective November 1, 2014. The letter does not provide any other details regarding the amendment or how defendant may qualify for relief thereunder.

At this time, the letter request for counsel is **DENIED**. This, however, is without prejudice to a later request by defendant, if it appears that the November 1 amendment could provide defendant with relief.

**IT IS SO ORDERED.**

Dated: September 11, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE