IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL GUTIERREZ VALADEZ,

    Defendant.

No. CR 08-00919 WHA

**ORDER RE SECOND LETTER REQUEST FOR DEFENSE COUNSEL**

Defendant Miguel Gutierrez Valadez has submitted a second letter requesting the appointment of counsel so that he can submit a motion for a two-point reduction of his sentence, based on an upcoming amendment to the U.S. Sentencing Commission Guidelines. Reportedly, this amendment will be effective November 1, 2014. A prior order had denied his first request for appointment counsel, stating that he could ask again "if it appears that the November 1 amendment could provide defendant with relief" (Dkt. No. 133).

The present request is **DENIED**. Of note, there are two CJA-appointed attorneys already listed for defendant — *i.e.*, Attorney Brendan Conroy (415-565-9600), and Attorney George C. Boisseau (707-578-5636). Defendant should contact one of his counsel if he wishes to file a motion to request a reduction of his sentence based on the November 1 amendment.

**IT IS SO ORDERED.**

Dated: October 31, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE