IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 08-00919 WHA |
| v. | |
| GUTIERREZ MIGUEL VALADEZ, | **REQUEST FOR GOVERNMENT AND PROBATION RESPONSE** |
| Defendant. | |

Defendant Gutierrez Miguel Valadez has filed a motion to reduce his sentence pursuant to 18 U.S.C. 3582(c)(2) and Amendment 782 (Dkt. No. 137). The government and the probation department are requested to respond to defendant's motion by **NOON ON APRIL 23, 2015**.

Dated: April 13, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE